### H. C. Davis *v.* Frank Rains, et al.

**Novation.**

When one person is indebted to another on account and after his death his widow executed to the creditor a due bill for the amount of the debt, antedating it to the time of its creation, it amounts to a complete novation and releases the estate of the debtor.

**Conveyance by Married Woman, the Husband not Joining.**

A married woman conveys no title by a deed in which her husband does not join.

APPEAL FROM WHITLEY CIRCUIT COURT.

March 2, 1880.

OPINION BY JUDGE HINES:

It appears that in September, 1862, Canada Gains was indebted to Frank Rains in a certain sum of money, due on account, and that after the death of Canada Gains his widow, Rebecca Gains, executed to Rains a due bill for the amount of this debt, antedating it to the time of its creation. This was a complete novation, and certainly, so far as the estate of Canada Gains is concerned, released it. Whether the estate of Rebecca Gains, if any, would be liable we need not consider, as the pleadings present no such question.

The conveyance of the land by Lucinda Perkins to the appellant and his wife gave no title. At the time of the conveyance Mrs. Perkins was a feme covert and could not, therefore, convey whatever title she had without joining with her husband in the conveyance. The personal property set aside to the widow on the death of her husband became hers to do as she pleased, and whether set aside or not the property exempt from distribution became hers.

The possession of Davis and wife, though the deed under which they hold is void, gives them title against all persons but the true owner, and, therefore, such an interest as entitles them to prosecute the appeal.

Judgment *reversed* and cause remanded with directions for further proceedings consistent with this opinion.

*R. D. Hill, for appellant.    John Smith, for appellees.*